UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re:<br><br>**ALLAN SPENCER**,<br><br>    Debtor.<br>_____/<br><br>**RICHARD HIBBLER**, an individual, **THREE THREE MAIN, LLC**, a New Jersey limited liability company, **TWO FOUR SIX, LLC**, a New Jersey limited liability company, **15271 CEDARGROVE, LLC**, a Michigan limited liability company, and **13540 FORRER, LLC**, a Michigan limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>**ALLAN SPENCER**,<br><br>    Defendant. | Chapter 7<br><br>Hon. Mark A. Randon<br>Petition No. 19-57490-mar<br><br><br><br>Adv. Proc. No. 20-04179-mar |

| | |
|---|---|
| **TRIO LAW PLC**<br>Briar Siljander (P76834)<br>Attorney for Plaintiffs<br>376 Beach Farm Cir. #1269<br>Highland, MI 48356<br>248-529-6730; 248-550-0098<br>briar@triolawplc.com | **JAAFAR LAW GROUP PLLC**<br>DAVID IENNA (P77170)<br>Attorneys for Defendant<br>1 Parklane Blvd, Suite 729 East<br>Dearborn, MI 48126<br>(888) 324-7629<br>david@fairmaxlaw.com |

### RE-NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:    All Counsel of Record

PLEASE TAKE NOTICE pursuant to MCR 2.302-2.306, 2.308, 2.310, and all other applicable Michigan Court Rules and Michigan Rules of Evidence, the deposition of the under described will be taken before a certified court reporter for the purposes of discovery and all other

uses contemplated by said court rules. **Said deponent is requested to bring with him at the time of deposition any and all requested documentation, which was not produced during discovery.**

    DEPONENT:  Allan Spencer

    PLACE:       The Office of Jaafar Law Group PLLC
                      1 Parklane Blvd., Suite 729 East
                      Dearborn, MI 48126

    DATE:        Friday, February 4, 2022

    TIME:        10:00 a.m.

You are invited to attend and cross-examine the witness.

                                        Respectfully Submitted,

Dated: February 2, 2022                **TRIO LAW PLC**
                                        Briar Siljander (P76834)
                                        Attorney for Plaintiffs
                                        376 Beach Farm Cir. #1269
                                        Highland, MI 48356

---

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on this 2nd day of February, 2022 via the Court's CM/ECF system.

                                        Signature: */s/ Briar Siljander*