# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: | Chapter 7 |
| **ALLAN SPENCER**, | Hon. Mark A. Randon |
| | Petition No. 19-57490-mar |
| Debtor. | |
| _____/ | |
| **RICHARD HIBBLER**, an individual, **THREE THREE MAIN, LLC**, a New Jersey limited liability company, **TWO FOUR SIX, LLC**, a New Jersey limited liability company, **15271 CEDARGROVE, LLC**, a Michigan limited liability company, and **13540 FORRER, LLC**, a Michigan limited liability company, | Adv. Proc. No. 20-04179-mar |
| Plaintiffs, | |
| v. | |
| **ALLAN SPENCER**, | |
| Defendant. | |

| TRIO LAW PLC | JAAFAR LAW GROUP PLLC |
|---|---|
| Briar Siljander (P76834) | DAVID IENNA (P77170) |
| Attorney for Plaintiffs | Attorneys for Defendant |
| 376 Beach Farm Cir. #1269 | 1 Parklane Blvd, Suite 729 East |
| Highland, MI 48356 | Dearborn, MI 48126 |
| 248-529-6730; 248-550-0098 | (888) 324-7629 |
| briar@triolawplc.com | david@fairmaxlaw.com |

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, a copy of *Re-Notice of Taking Deposition Duces Tecum, ECF #52*, was served upon opposing counsel via email and via the court's ECF filing system.

**TRIO LAW PLC**
Briar Siljander (P76834)
Attorney for Plaintiffs
376 Beach Farm Cir. #1269
Highland, MI 48356

Dated: February 4, 2022